IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NELSON, SR.,

      Plaintiff,                  No. CIV S-09-2488 CMK (TEMP) P

  vs.

SUSAN HUBBARD, et al.,

      Defendants.             ORDER

_____/

      By order filed April 28, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. In addition, plaintiff was granted an extension of time in which to file the amended complaint. Those periods have expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's latest order.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 12, 2011

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE